

**NUMBER 13-06-00301-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**SERGIO LOPEZ,**                                                   **Appellant,**

**v.**

**EDELMIRA LOPEZ,**                                                 **Appellee.**

---

**On Appeal from the 398th District Court
of Hidalgo County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Sergio Lopez, appealed a judgment entered by the 398th District Court of Hidalgo County, Texas, in cause number P-178-05-I. Appellant has filed a motion to dismiss the appeal on grounds that he no longer wishes to pursue the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 24th day of April, 2008.